**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

SHERRY WALLIES                          *
                                        *
          Plaintiff,                    *
v.                                      *          No. 3:20-cv-00407-JJV
                                        *
KILOLO KIJAKAZI,                        *
Acting Commissioner,                    *
Social Security Administration,         *
                                        *
          Defendant.                    *

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 20th day of August 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE